IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH NARCISSE, et al.** | * | **CASE NO. 3:07-cv-00253-WHR** |
| Plaintiffs | | Judge Timothy S. Black |
| vs. | * | |
| **SAMUEL A. BARHORST** | | **ORDER OF DISMISSAL AS TO ALL CLAIMS FILED IN CASE NO. 3:10-cv-079 INITIATED BY PLAINTIFF, DESMOND GUILLORY; TERMINATION ENTRY** |
| Defendant | * | |
| | * | |

| | | |
|---|---|---|
| **DESMOND GUILLORY** | * | **CASE NO. 3:10 cv 079** (Consolidated) |
| Plaintiff | | |
| and | * | |
| **MORROW, MORROW, RYAN AND BASSETT** | | |
| | * | |
| Intervening Plaintiff | | |
| vs. | * | |
| **SAMUEL A. BARHORST** | | |
| Defendant | | |

It appearing to the Court that the parties to the action originally filed under Case No. 3:10-cv-079 and consisting of Plaintiff, Desmond Guillory, and Intervenor, Morrow, Morrow,

Ryan and Bassett, and Defendant, Samuel A. Barhorst, have settled and compromised to their full satisfaction all claims filed in Case No. 3:10-cv-079, all claims filed by such parties in such action are

DISMISSED WITH PREJUDICE. Defendant Barhorst shall pay court costs. The Court further notes that Case No. 3:10-cv-079 was consolidated with Case No. 3:07-cv-253 and the purpose and effect of this Order and Entry is to dispose of and dismiss with prejudice those claims that were initially filed under Case No. 3:10-cv-253 and any amendments or amended versions of such claims.

**IT IS SO ORDERED.**

Date: __4/26/2012__

_Timothy S. Black_
Timothy S. Black
United States District Judge

s/Cassandra Collier-Williams_____
Cassandra Collier-Williams (0051951)
Urban League Building
2930 Prospect Avenue, First Floor
Cleveland, OH 44115
216-621-9190
216-621-9020 fax
ohlaw1@sbcglobal.net
Attorney for Plaintiff, Desmond Guillory

s/Stephen V. Freeze_____
Stephen V. Freeze (OH12173)
FREUND, FREEZE & ARNOLD
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
Phone: (937) 222-2424
Fax: (937) 222-5369
sfreeze@ffalaw.com
Attorney for Defendant, Samuel A. Barhorst

s/Thomas M. Green_____
Thomas M. Green (0016361)
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, OH 45402-1290
937-224-3333
937-224-4311 fax
tmgreen@green-law.com
Attorney for Morrow, Morrow, Ryan & Bassett

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served this 23rd day of April, 2012, via electronic mail using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

                                            s/Stephen V. Freeze_____
                                            Stephen V. Freeze

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**